IN THE UNITED STATES DISTRICT COURT
                        FOR THE DISTRICT OF COLORADO
                        SENIOR JUDGE WILEY Y. DANIEL

Date:              September 26, 2018        Prob/Pret:    N/A
Courtroom Deputy:  Robert R. Keech           Interpreter:  N/A
Court Reporter:    Tracy Weir

Criminal Case No. **18-cr-00372-WYD**              Counsel:

UNITED STATES OF AMERICA,                          Daniel E. Burrows

       Plaintiff,

v.

**1. MIKE RUDOLFO BLEA**,                          Jeffery L. Weeden

       Defendant.

## ARRAIGNMENT AND CHANGE OF PLEA HEARING

**10:09 a.m.**   Court in Session. Defendant present, on bond.

APPEARANCES OF COUNSEL.

Court's opening remarks.

Information read to defendant.

Defendant pleads **GUILTY** to count **one of Information.**

Defendant sworn.

Defendant answers true name; Defendant is **68** years old.

**EXHIBITS:**  **Exhibit I** - Plea Agreement; **Exhibit II** - Statement by Defendant in Advance of Plea of Guilty.

-1-

**ORDERED:** Court Exhibits **I** and **II** are **RECEIVED**.

Defendant advised of maximum penalties.

Defendant advised of constitutional rights.

Defendant advised that restitution **MAY** be ordered at time of sentencing.

Government outlines evidence.

Court **REJECTS** plea of guilty.

**ORDERED:** Parties shall file a joint status report not later than **Wednesday, October 24, 2018.**

Court finds that defendant is not likely to flee or be a danger to self or others and it is **ORDERED** that **BOND CONTINUED.**

**11:00 a.m.** Court in Recess. HEARING CONCLUDED.

**TOTAL TIME: :51**